UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROCKIE A. SLATER,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>               Defendant. | Case No. 2:12-cv-01996-JCM-CWH<br><br>**ORDER** |

       This matter was referred to the undersigned Magistrate Judge on Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (#1), filed November 19, 2012.

       Plaintiff submitted an affidavit required by 28 U.S.C. § 1915(a). However, it does not provide sufficient information for the Court to determine whether he has an inability to prepay fees and costs or give security for them. Although Plaintiff indicates that his income is "N/A," he also states that he receives $200 per month in food stamps and financial support from his parents. Further information is needed regarding how much financial support Plaintiff receives from his parents and any other income sources. Accordingly, the request to proceed in forma pauperis will be denied without prejudice.

       Having concluded that Plaintiff is not entitled at this time to proceed *in forma pauperis*, the Court need not screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires the dismissal of the case at any time if the Court determines that it is frivolous or malicious or fails to state a claim upon which relief can be granted or seeks monetary relief against a defendant who is immune from such relief.

       Based on the foregoing and good cause appearing therefore,

       **IT IS HEREBY ORDERED** that Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (#1) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a complete Application to Proceed *in Forma Pauperis* with additional income information. In the alternative, Plaintiff may make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350), accompanied by a copy of this Order. Plaintiff shall have **thirty (30) days** from the date on which this Order is entered to comply. Failure to comply will result in a recommendation to the District Judge for dismissal of this action.

DATED the 26th day of November, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**